# EXHIBIT A

# SUSAN BARILICH, PC
## ATTORNEYS
## 535 N. BRAND BLVD. STE. 504
## GLENDALE, CALIFORNIA 91203

LICENSED CALIFORNIA, TEXAS  
BOARD CERTIFIED(TX):CIVIL TRIAL LAW

TEL.818-500-0377  
FAX 800-850-7209

February 4, 2022

Director of Admissions  
State Bar of California  
180 Howard St.  
San Francisco, CA 94105

**RE: APPLICANT FILE NO. 467973; REQUEST FOR HEARING**

Dear Director of Admissions and Committee Members:

Douglas Mercer Pell, who has been assigned Applicant File No. 467973 is my client. He submits this letter on his own behalf, along with his Declaration. We are requesting a hearing before the Committee of Bar Examiners at the earliest possible date. The subject of the hearing, which is described in more detail below, is to request an exception to the denial of credit for Mr. Pell's coursework taken during his second year in law school. See Attached.

Mr. Pell took the First Year Law Students' Exam and passed it successfully in November, 2020. He was required to do so because his law school, the American Institute of Law, in Torrance, California is unaccredited. Mr. Pell commenced his law school curriculum in February 2017. He has continued his studies on a regular basis since then. Although he was eligible to take the FYLSE in July 2018, he did not take the FYLSE until October, 2020, but passed it on his first try. However, along with the notification from the State Bar that Mr. Pell had passed the First Year Law Students' Exam, the State Bar informed him that he would only receive credit for his first year of law school courses.

He was unable to take the First Year Law Students' Exam prior to that because he was the primary caregiver for his wife, who developed a serious medical condition that was only remedied through a liver and kidney transplant, which she received on March 30, 2018. Mr. Pell has fully explained the situation in his own words in his Declaration, which is attached.

Given that Mr. Pell passed the FYLSE on his first try, and given that he meets all other eligibility requirements for taking the Bar, other than completion of his law school coursework, we believe an exception should be made and that Mr. Pell should not forfeit the 39 credit hours for courses he took after his first year of law school study.

1

# SUSAN BARILICH, PC
ATTORNEYS
535 N. BRAND BLVD. STE. 504
GLENDALE, CALIFORNIA 91203

LICENSED CALIFORNIA, TEXAS  
BOARD CERTIFIED(TX):CIVIL TRIAL LAW

TEL.818-500-0377  
FAX 800-850-7209

91203  
February 4, 2022

Director of Admissions  
State Bar of California  
180 Howard St.  
San Francisco, CA 94105

**RE: APPLICANT FILE NO. 467973; REQUEST FOR HEARING**

Dear Director of Admissions and Committee Members:

Douglas Mercer Pell, who has been assigned Applicant File No. 467973 is my client. He submits this letter on his own behalf, along with his Declaration. We are requesting a hearing before the Committee of Bar Examiners at the earliest possible date. The subject of the hearing, which is described in more detail below, is to request an exception to the denial of credit for Mr. Pell's coursework taken during his second year in law school. See Attached.

Mr. Pell took the First Year Law Students' Exam and passed it successfully in November, 2020. He was required to do so because his law school, the American Institute of Law, in Torrance, California is unaccredited. Mr. Pell commenced his law school curriculum in February 2017. He has continued his studies on a regular basis since then. Although he was eligible to take the FYLSE in July 2018, he did not take the FYLSE until October, 2020, but passed it on his first try. However, along with the notification from the State Bar that Mr. Pell had passed the First Year Law Students' Exam, the State Bar informed him that he would only receive credit for his first year of law school courses.

He was unable to take the First Year Law Students' Exam prior to that because he was the primary caregiver for his wife, who developed a serious medical condition that was only remedied through a liver and kidney transplant, which she received on March 30, 2018. Mr. Pell has fully explained the situation in his own words in his Declaration, which is attached.

Given that Mr. Pell passed the FYLSE on his first try, and given that he meets all other eligibility requirements for taking the Bar, other than completion of his law school coursework, we believe an exception should be made and that Mr. Pell should not forfeit the 39 credit hours for courses he took after his first year of law school study.

1

Cal. Business & Professions Code §6060(h) is phrased in the negative, specifically:

> "...Those who do not pass the examination within the number of administrations allowed by this subdivision, upon becoming eligible to take the examination, but who subsequently pass the examination, shall receive credit for one year of legal study only."

The case law similarly indicates that the purpose of FYLSE requirement is to protect persons from continuing to pursue a profession for which they are not qualified, and by aiding qualified persons in judging the quality of training and education they are receiving in preparation for the bar exam. *Bib'le v. Committee of Bar Examiners of the State Bar* (1980) 26 Cal. 3d 548. The purpose of the requirement is to protect the student who repeatedly fails the FYLSE because it may indicate a problem with the unaccredited school's curriculum or its standards, or a problem with the student's commitment to becoming a lawyer. However, Mr. Pell never failed the exam, he passed it on his first try. He clearly has the motivation, intelligence, experience, education and drive to pass the California Bar Exam, and he has diligently pursued his studies.

Forcing him to re-take 18 months' worth of courses, or 39 credit hours, at his age is unwarranted in this case, as the purpose of Bus. & Prof. Code §6060(h) are not implicated here. Mr. Pell has demonstrated both competence and commitment. The fact that Mr. Pell had to care for his wife, who is also a senior, is a part of his familial responsibilities. California's progressive stance in not only protecting elders but also in accommodating their desire to remain productive members of society would, in and of itself, warrant reconsideration of Mr. Pell's case.

Please advise as to the earliest opportunity available for a hearing concerning this matter. We request that you afford Mr. Pell a hearing to present his case justifying his request for an exception from the forfeiture of eighteen (18) months, or the equivalent of 39 credit hours of study.

Thank you for your consideration of this matter.

Sincerely,


Susan Barilich


Authorized and Reviewed By:

_____
Douglas Pell

## DECLARATION OF DOUGLAS PELL

1. I am an applicant to be licensed as an attorney in the State of California. I have personal knowledge of the facts stated in my declaration and if called upon to testify I would do so competently, except for those facts which are specifically stated on information and belief, and as to those facts, I believe them to be true.

2. I am currently enrolled in the Juris Doctor program at the American Institute of Law in Torrance, California. I am 80 years old. On my first attempt, I successfully passed the First Year Law Student Exam (FYLSX) given in November 2020. However, the November 2020 exam was my 6th opportunity and, currently, the State Bar does not allow the applicant to receive credit for courses completed beyond the first year unless the exam is successfully completed by the 4th opportunity.

3. In my case, there were exigent circumstances which made it impossible for me to take the exam on either of the first two opportunities. I discussed my problem with the staff at the American Institute of Law first. The only option that they could come up with was that I could appeal to the Committee of Bar Examiners. I then researched this on the State Bar Website, and I came to the conclusion that the school was probably correct. However, when I contacted the State Bar by telephone, I was told that there was no procedure for granting my request.

4. In mid-2017, my wife's health began to deteriorate. It took the doctors awhile to determine that she was suffering from liver disease. At first, we were led to believe that her condition was manageable, but her health continued to deteriorate rapidly. In late January 2018, after a full day in the emergency room, her doctor told me that her condition was terminal, and the only viable option was a liver transplant.

5. There are only three hospitals in the Los Angeles area that do liver transplants and one of them, Cedars-Sinai, had already turned my wife down. But sometimes miracles do happen. Four weeks later on February 27, 2018, my wife was admitted to the University of

Southern California Keck Hospital for evaluation. A month later, after a 14-hour surgery on Good Friday morning, my wife received a double transplant of a new liver and a new kidney. She was released from the hospital at the end of April to continue her recovery at home.

6. The recovery from transplant surgery differs from most other surgical procedures. Typically, after surgery, the primary issue is regaining physical strength and coordination. Transplant surgery is not only extremely invasive but there are the additional risks of infection and organ rejection. To mitigate the risks, Keck closely monitors their transplant patients especially during the first few critical months. Caring for my wife, especially for the first few months after her release from the hospital was stressful and time consuming. As her caregiver it was my job to take her to the hospital (initially three time a week), control her meds, work with physical and occupation therapists, and do all the other things necessary for a successful recovery. The good news is that my wife has made a full recovery. As far as the doctors are concerned, she is now a "normal" person.

7. To successfully study for the July or October 2018 FYLSX, or the July or October 2019 FYLSX was not realistically possible. My priorities were clearly elsewhere. Once my wife's condition stabilized, I focused on the FYLSX. I had intended to take the exam in July 2020, but due to COVID-19 I was not able to take the FYLSX until November 2020.

8. I am a graduate of the Massachusetts Institute of Technology Department of Aeronautics and Astronautics and I have earned a graduate degree in Aerospace Engineering from the University of Southern California. I enjoyed a long and fruitful career at TRW and Northrop/Grumman. At the time I retired I was the Director of Operations for the Systems Development Division. Subsequently I earned a degree in Personal Financial Planning from The University of California Los Angeles. I have been a Reserve Police Officer for the City of Los Angeles for 53 years which has stimulated my interest in the law. I am currently being considered for an assignment with the LAPD Officer Representation Section (ORS). The ORS provides representation for Police Officers subject to internal disciplinary proceedings. As a

licensed attorney, I could be more effective to the ORS as well as supporting the LAPD Legal Affairs Division.

9. I have consistently done well in my law classes. I have taken and passed the First Year Law Student's Examination on the first try. I am committed to taking the California Bar Exam as soon as I can so that I can become a licensed attorney in the State of California. I have already demonstrated that my commitment to taking the Bar and obtaining a California law license is serious, and I continued with my course curriculum, despite the personal hardship I and my wife endured due to her near terminal illness. I was not neglectful or indifferent to the time deadlines for taking the FYLSE, but my personal situation prevented me from studying for and taking the exam during that time period.

10. Under the current interpretation of this statute, I would be deprived of 39 credit hours for courses I have already completed successfully. This is an extreme hardship and would result in delaying my taking the California Bar at least another year and a half to two years, as the school does not offer the courses I need every semester. In addition, I would sustain financial hardship in having to pay for the courses twice. The courses in question were recently completed and the curriculum for these courses has not changed. All indications are that the American Institute of Law in Torrance, which has been in business since 2015, will stay in business well into the future.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the ___ day of February, 2022, at Glendale, California.

_____
Douglas Pell, Declarant