# EXHIBIT B

| | |
|---|---|
| **From:** | State Bar of California - Admissions |
| **To:** | Susan Barilich |
| **Cc:** | doug_pell@cox.net |
| **Subject:** | RE: File No. 467973 [ ref:_00Dt0TZax._500t0y72AL:ref ] |
| **Date:** | Tuesday, April 26, 2022 5:42:37 PM |

Dear Susan Barilich,

We apologize for the delayed response. The State Bar of California, and the Committee of Bar Examiners, does not have the ability to waive the California Business & Professions Code. There is no further action that can be taken by the Office of Admissions.

Sincerely,

Tammy Campbell
Program Manager


--------------- Original Message ---------------
**From:** Susan Barilich [susan@barilichlaw.com]
**Sent:** 3/15/2022 4:50 PM
**To:** eligibility@calbar.ca.gov
**Cc:** doug_pell@cox.net
**Subject:** File No. 467973


Dear Sir or Madam:


We represent Douglas Mercer Pell. Mr. Pell is currently a law student. His file number is 467973. Mr. Pell has been copied on this email.


Attached is a request we made on February 4, 2022, for a hearing to demonstrate the need for an exception/exemption such that Mr. Pell does not forfeit any of his law school course credits.


The situation is explained in greater detail in the attached letter from my office and the enclosed Declaration which Mr. Pell signed.


The Director of Admissions received the letter and declaration by Priority Mail on February 9, 2022. However, to date, we have received no response.


The purpose of this email is to follow up on the letter and the request made in it, which is

attached for your review.

Please contact the undersigned or Mr. Pell, or both of us, at your earliest convenience. Mr. Pell's email address is listed above.

Susan Barilich, Esq.

SUSAN BARILICH, PC

535 N. Brand Blvd. Ste. 504

Glendale, California 91203

Tel. 818-500-0377

Fax 800-850-7209

Email: susan@barilichlaw.com

Website: http://barilichlaw.com

LITIGATION-TRIALS-ARBITRATIONS

ref:_00Dt0TZax._500t0y72AL:ref