# EXHIBIT C



# The State Bar of California

**OFFICE OF ADMISSIONS**

Dear Douglas Pell,

The Committee of Bar Examiners is pleased to inform you that you were successful on the November 2020 First-Year Law Students' Examination.

You will receive credit for your first year of law study only.

Your scores are listed below.

| Multiple Choice | | Written | |
|---|---|---|---|
| Contract Law: | 28 | Essay 1: | 75 |
| Criminal Law: | 26 | Essay 2: | 60 |
| Torts: | 27 | Essay 3: | 70 |
| | | Essay 4: | 85 |
| Total Raw Multiple Choice: | 81 | Total Raw Written: | 290 |
| Converted Multiple Choice: | 312.8742 | | |
| Scaled Written: | 324.9002 | | |

TOTAL SCALED SCORE: 637.7744

For further information, see the Exam Results Information page on the State Bar website under Information for Successful Applicants.

The Committee of Bar Examiners