JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MERCER PELL,<br><br>Plaintiff,<br><br>v.<br><br>AMY NUNEZ, DIRECTOR OF ADMISSIONS, THE STATE BAR OF CALIFORNIA,<br><br>Defendant. | Case No. 2:22-cv-03732-MWF-RAO<br><br>**JUDGMENT DISMISSING ACTION** |

On January 5, 2023, the Court granted Defendant's motion to dismiss Plaintiff's First Amended Complaint, but granted Plaintiff leave to amend his complaint to the extent he was bringing a general challenge to the constitutionality of Business and Professions Code section 6060(h)(1). (Docket No. 25). Plaintiff was required to amend his complaint by January 20, 2023, but did not do so.

///
///
///
///
///
///
///
///

1  Therefore, good cause appearing, and pursuant to Rule 58 of the Federal
2  Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED, AND
3  DECREED that judgment be ENTERED in favor of Defendant and against
4  Plaintiff and that the action be DISMISSED.

Date: February 1, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge