JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES—GENERAL

**Case No.**  CV 22-03732-MWF (RAOx)          **Date:  July 16, 2024**

**Title:**     Douglas Mercer Pell v. Amy Nunez

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  Deputy Clerk: | Court Reporter: |
| --- | --- |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| --- | --- |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S UNRUH ACT CLAIM; ENTRY OF JUDGMENT

On June 24, 2024, the Court ordered Plaintiff Douglas Mercer Pell to show cause in writing why the Court should exercise supplemental jurisdiction over Plaintiff's Unruh Act claim.  ("OSC Order" (Docket No. 38)); *See* also 28 U.S.C. § 1367(c).  On July 15, 2024, Plaintiff responded to the OSC.  (The "Reply" (Docket No. 42)).  In the Reply, Plaintiff asked the Court to decline to exercise supplemental jurisdiction and dismiss his Unruh Act claim.  (*Id.* at 1).

Accordingly, the Court, in its discretion, declines to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim.  The Court therefore dismisses the Unruh Act claim without prejudice.  Because the Unruh Act claim was the only claim that survived Defendant Amy Nunez's Motion to Dismiss Plaintiff's First Amended Complaint, (*See* "MTD Order" (Docket No. 25); OSC Order), the action is also **DISMISSED**.

IT IS SO ORDERED.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.  Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

---

**CIVIL MINUTES—GENERAL**                                                                    1